ANTOINETTE ADINOLFE v. PJP LANDFILL.

May 10, 1988.

Leave to appeal granted and the trial court's order of September 17, 1987, is summarily affirmed in part and summarily modified in part, to permit the reinstatement of the suit in L–066549–86 on an appropriate application to the trial court

that demonstrates that new counsel will be able to and will comply with case management orders and court rules on discovery.